David Connell COX, Petitioner—
Appellant,

v.

Robert O. LAMPERT, Superintendent, Snake River Correctional Institution, Respondent—Appellee.

No. 02–35373.

D.C. No. CV–99–01755–JMS.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided Feb. 19, 2003.

Before BRUNETTI, T.G. NELSON and RAWLINSON, Circuit Judges.

MEMORANDUM**

The motions filed by Petitioner were not "petitions" for post-conviction relief under Oregon law. *See* O.R.S. § 138.580. Consequently, the statutory tolling provision of the Antiterrorism and Effective Death Penalty Act ("AEDPA") was never triggered. *See* 28 U.S.C. § 2244(d)(1). Petitioner's failure to file a timely habeas petition was due to circumstances entirely within his control. Accordingly, equitable tolling is not available to Cox. *See Lott v. Mueller,* 304 F.3d 918, 922 (9th Cir.2002).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.